**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Milton Patricio Sisalema Guananga,<br><br>Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General, et al.,<br><br>Respondents. | Case No. 0:26-cv-01446-DMT-SGE |

## ORDER TRANSFERRING VENUE

[¶1] THIS MATTER comes before the Court on a Petition for Writ of Habeas Corpus filed by Petitioner on February 15, 2026. Doc. No. 1. Respondents filed a Response on February 18, 2026. Doc. No. 5. Petitioner filed a Reply on February 19, 2026. Doc. No. 6.

[¶2] Based on the Response and Petitioner's statements in the Petition, it is evident that Petitioner was in El Paso, Texas, on February 15, 2026 when the Petition was filed and has been in Texas for over a month. See Doc. No. 1, ¶ 38; Doc. No. 5, p. 1. Accordingly, this Court lacks subject matter jurisdiction over this case. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement."). Since Petitioner was located in El Paso, Texas when the Petition was filed, transfer to the Western District of Texas is appropriate and in the interest of justice. 28 U.S.C. § 1406(a).

[¶3] Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western District of Texas for all further proceedings and disposition of all remaining motions.

[¶4] **IT IS SO ORDERED.**

DATED February 26, 2026.

Daniel M. Traynor, District Judge
United States District Court